RECEIVED

APR 0 4 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____DIVISION

Plaintiff(s), Tramon J. Lee )
)
)
)
)
v. )
)
The Metropolitan )
Sewer District )
)
)
)
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ✓      NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This employment discrimination lawsuit is based on (check only those that apply):

✓____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____   Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____   Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.   Plaintiff's name: Tramon J. Lee

Plaintiff's address: 10820 Landseer Drive
Street address or P.O. Box

St. Louis, MO 63136
City/ County/ State/Zip Code

(314) 440 - 9150
Area code and telephone number

3.   Defendant's name: St. Louis Metropolitan Sewer District

Defendant's address: 2350 Market St.
Street address or P.O. Box

St. Louis, MO 63103
City/County/State/ Zip Code

(314) 768 - 6260
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)              (City/County)            (State)   (Zip Code)

5.    When did the discrimination occur? Please give the date or time period:

_Week of   9/19 - 9/30 2022 and 10/04/22_

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes     Date filed: _____

☒ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: _12/16/2022_

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☑ Yes                          ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____  failure to hire me

_____  termination of my employment

_____  failure to promote me

_____  failure to accommodate my disability

_____  terms and conditions of my employment differ from those of similar employees

✓  retaliation

✓  harassment

_____  other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

✓  Yes                               _____  No

4

11.    I believe that I was discriminated against because of my (check all that apply):

✓    race

____    religion

____    national origin

____    color

____    gender

____    disability

____    age (birth year is: _____)

____    other:


Did you state the same reason(s) in your charge of discrimination?

✓ Yes                                    ☐ No


12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

During my employment with the Metropolitan Sewer district, I experienced racist and invasive remarks made by John Cusamano around September 19th. I reported this behavior to my supervisor, Sever Leone and he failed to document this complaint(in oracle). I believe that Mr. Leone chose to ignore my complaint as a result

(Continue to page 6, if additional space is needed.)

5

of retailiation. In July, Dino Kiveric, Assistant HR Director conducted an investigation on Sever Leone treatment of his employee after he recieved a compliant. I gave a statement in the incistigation this why I believed Mr. Leone has ~~anyone reasonable~~ a bias against and motive to retailiate.

\* I would like to also note that ~~Itms this~~ my termination is a seperate incident and is not related to my complaint.

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## **REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

I would like to be compensated for emotional Distress, loss wages. One year salary $58.198 Or my job back. I would also like for Sever Leone and John Cusama to ~~back~~ trained on harrasment and discrimination in the workplace.

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related

papers may be served. I understand that my failure to keep a current address on file with the Clerk's

Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1ST__ day of __April__, 20__23__.

Signature of Plaintiff _____

8